FILED
MAY 24 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barbara M. Bush,               )
                               )
        Plaintiff,             )
                               )
v.                             )  Civil Action No.   11 0959
                               )
                               )
U.S. District Courts for Maryland  )
and Texas, et al.,             )
                               )
        Defendants.            )

MEMORANDUM OPINION

This matter is before the Court on its review of the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a resident of Hyattsville, Maryland, sues federal district courts in Maryland and Texas and the United States Congress. She challenges on constitutional grounds a presumed order of the United States District Court for the District of Maryland transferring her to "a federal prison, FMC, Carswell, in Ft. Worth Texas" for a mental health evaluation, even though she has not been convicted of a crime. Compl. at 2-4. Presumably, plaintiff has sued Congress for enacting the alleged constitutional statutes authorizing the court's action. Plaintiff seeks injunctive relief and $50,000 "for the illegal transfer and detainment and torture." *Id.* at 5. This Court lacks jurisdiction to review the orders of another district court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C.

1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
Ellen S Huvck
United States District Judge

Date: May 17, 2011